UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
KAREN STOWE STYLES,
           Plaintiff,

v.

WESTCHESTER COUNTY,
           Defendant.
--------------------------------------------------------------x

**ORDER**

18 CV 12021 (VB)

      As discussed at a conference held today and attended by counsel for all parties, it is HEREBY ORDERED:

    1.    All discovery deadlines are stayed until March 25, 2022.

    2.    By March 25, 2022, counsel shall submit a joint status letter to the Court regarding plaintiff's health and any outstanding discovery issues. The parties shall also jointly propose a schedule to complete the remaining discovery in this case within a reasonable time, and shall attach a proposed revised civil case discovery plan and scheduling order.

Dated: March 2, 2022
       White Plains, NY

                          SO ORDERED:

                          Vincent L. Briccetti
                          United States District Judge